| | |
|---|---|
| David P. Enzminger (SBN: 137065) | PAUL ANDRE (SBN: 196585) |
| denzminger@winston.com | pandre@kramerlevin.com |
| James C. Lin (SBN: 271673) | LISA KOBIALKA (SBN: 191404) |
| jalin@winston.com | lkobialka@kramerlevin.com |
| WINSTON & STRAWN LLP | JAMES HANNAH (SBN. 237978) |
| 275 Middlefield Road, Suite 205 | jhannah@kramerlevin.com |
| Menlo Park, California 94025-4004 | KRAMER LEVIN NAFTALIS & |
| Telephone: (650) 858-6500 | FRANKEL LLP |
| Facsimile: (650) 858-6550 | 990 Marsh Road |
| | Menlo Park, CA 94025 |
| Michael A. Tomasulo (SBN: 179389) | Telephone: (650) 752-1700 |
| mtomasulo@winston.com | Facsimile: (650) 752-1800 |
| Gino Cheng (SBN: 259208) | |
| gcheng@winston.com | Attorneys for Defendant |
| David K. Lin (SBN: 278404) | ACCELERATION BAY LLC |
| dlin@winston.com | |
| WINSTON & STRAWN LLP | |
| 333 South Grand Avenue, 38th Floor | |
| Los Angeles, CA 90071-1543 | |
| Telephone: (213) 615-1700 | |
| Facsimile: (213) 615-1750 | |
| | |
| Dan K. Webb (pro hac vice) | |
| dwebb@winston.com | |
| Kathleen B. Barry (pro hac vice) | |
| kbarry@winston.com | |
| WINSTON & STRAWN LLP | |
| 35 West Wacker Drive | |
| Chicago, IL 60601-9703 | |
| Telephone: (312) 558-5600 | |
| Facsimile: (312) 558-5700 | |

Attorneys for Plaintiff
ACTIVISION | BLIZZARD, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ACTIVISION | BLIZZARD, INC., a Delaware Corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ACCELERATION BAY LLC, a Delaware Limited Liability Corporation,<br><br>　　　　　Defendant. | Case No. 3:16-cv-03375-RS<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO CONSOLIDATE BRIEFING AND HEARING FOR ACCELERATION BAY LLC'S MOTION TO DISMISS OR TRANSFER PLAINTIFFS' COMPLAINTS**<br><br>Date: September 1, 2016<br>Time: 1:30 pm<br>Courtroom: 3, 17th Floor<br>Before: Honorable Richard Seeborg |

1  Pursuant to Civil Local Rule 6-2, Plaintiffs Take-Two Interactive Software, Inc. ("Take
2  Two"), Rockstar Games, Inc. ("Rockstar"), 2K Sports, Inc. ("2K"), Activision Blizzard, Inc.
3  ("Activision"), and Electronics Art, Inc. ("EA") (collectively, "Plaintiffs") and Defendant
4  Acceleration Bay LLC ("Defendant"), by and through their respective counsel, do hereby stipulate
5  and agree to the following:

6  **WHEREAS**, Plaintiffs filed Complaints against Defendant in Civil Action Nos. 3:16-cv-
7  03375-RS, 3:16-cv-03377-RS, and 3:16-cv-03378-RS on June 16, 2016 (the "Actions");

8  **WHEREAS**, the parties filed a Joint Administrative Motion to Consider Whether Cases
9  Should be related on July 1, 2016;

10  **WHEREAS**, the Court granted the parties' Motion to Relate Cases Civil Action Nos. 3:16-
11  cv-03375-RS, 3:16-cv-03377-RS, and 3:16-cv-03378-RS on July 5, 2016;

12  **WHEREAS**, Defendant recently filed a Motion to Dismiss or Transfer Take-Two Interactive
13  Software, et al.'s Complaint ("Motion") on July 11, 2016 and filed Motions to Dismiss or Transfer
14  in related Civil Action Nos. 3:16-cv-03375-RS and 3:16-cv-03378-RS on July 15, 2016;

15  **WHEREAS**, on July 13, 2016, counsel for the parties met and conferred pursuant to Fed. R.
16  Civ. P. 16 and this Court's Local Rules;

17  **WHEREAS**, the parties agree to streamline the briefing associated with the Motion and to
18  have a single Opposition brief and a single Reply brief filed in all three actions in light of the fact
19  that Defendant's Motions seek the same relief and having separate deadlines in the three actions will
20  result in unnecessary duplicate filings.

21  **WHEREAS**, the parties further agree to modify the deadline for the Opposition brief in all
22  three actions to be due by July 29, 2016.

23  **WHEREAS**, the parties further agree to modify the deadline for the Reply brief in all three
24  actions to be due by August 8, 2016.

25  **WHEREAS**, the requested modification to the Motion's briefing schedule will have no
26  effect on the schedule for this case, and the proposed hearing date of September 1, 2016 for the
27  Motion remains the same as requested in Plaintiff's Motion.

28  **IT IS HEREBY STIPULATED AND AGREED** by the parties that Plaintiffs will file a

1  single Opposition brief to the Motion in all three actions by July 29, 2016, Defendant will file a

2  single Reply brief in support of the Motion in all three actions by August 8, 2016, and the proposed

3  hearing date for the Motion remains on September 1, 2016, or such other date thereafter that is

4  convenient for the Court.

5  **IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

6

7  Dated:  July 19, 2016                                WINSTON & STRAWN LLP

8

9                                                              By      */s/ David P. Enzminger*
                                                                    David P. Enzminger
10                                                                  James C. Lin
                                                                    Michael A. Tomasulo
11                                                                  Gino Cheng
                                                                    David K. Lin
12                                                                  Dan K. Webb
                                                                    Kathleen B. Barry

13                                                                  Attorneys for Plaintiff
                                                                    ACTIVISION | BLIZZARD, INC.
14

15  Dated:  July 19, 2016                              KRAMER LEVIN NAFTALIS & FRANKEL LLP

16                                                              By      */s/ Lisa Kobialka*
                                                                    PAUL ANDRE
17                                                                  LISA KOBIALKA
                                                                    JAMES HANNAH
18                                                                  990 Marsh Road
                                                                    Menlo Park, CA 94025
19                                                                  Telephone: (650) 752-1700
                                                                    Facsimile: (650) 752-1800
20                                                                  pandre@kramerlevin.com
                                                                    lkobialka@kramerlevin.com
21                                                                  jhannah@kramerlevin.com

22                                                                  Attorneys for Defendant
                                                                    ACCELERATION BAY LLC
23

24

25

26

27

28

Case 1:16-cv-00774-RGA   Document 24   Filed 07/20/16   Page 4 of 4 PageID #: 595

**ATTESTATION**

I, David P. Enzminger, am the ECF user whose ID and password are being used to file this JOINT STIPULATION AND [PROPOSED] ORDER TO CONSOLIDATE BRIEFING AND HEARING FOR ACCELERATION BAY LLC'S MOTION TO DISMISS OR TRANSFER PLAINTIFFS' COMPLAINTS.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Defendant's counsel, Lisa Kobialka, has concurred in this filing.

By:  */s/ David P. Enzminger*
     David P. Enzminger

**[~~PROPOSED~~] ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated:  7/20/16

_____
JUDGE HON. RICHARD SEEBORG

JOINT STIPULATION AND [PROPOSED] ORDER TO CONSOLIDATE BRIEFING AND HEARING FOR ACCELERATION BAY LLC'S MOTION TO DISMISS OR TRANSFER PLAINTIFFS' COMPLAINTS – CASE NO.: 3:16-CV-03375-RS